**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7040**

---

PHILLIP A. GILLIAM,

Plaintiff - Appellant,

versus

KATE SHELLMAN, Parole Officer; JOHN DOE; JANE
DOE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-02-105-3)

---

Submitted:  August 29, 2002          Decided:  September 9, 2002

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Phillip A. Gilliam, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Phillip A. Gilliam appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint for failure to pay a partial filing fee. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gilliam v. Shellman, No. CA-02-105-3 (E.D. Va. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2